**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JULIA E. JARRETT**
Assistant United States Attorney
Julia.Jarrett@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:26-cv-00999-MO |
| **Plaintiff,** | |
| v. | **COMPLAINT IN REM FOR FORFEITURE** |
| **REAL PROPERTY LOCATED AT 102 SMITH SAWYER ROAD, CAVE JUNCTION, JOSEPHINE COUNTY, STATE AND DISTRICT OF OREGON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, *in rem*,** | |
| **Defendant.** | |

Plaintiff, United States of America, for its Complaint *in rem* for forfeiture, alleges:

COUNT 1

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 21

U.S.C. § 881; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

**Complaint in rem for Forfeiture** **Page 1**

II.

Defendant, *in rem*, consists of real property located at 102 SMITH SAWYER ROAD, CAVE JUNCTION, Oregon, further described as:

> All that portion of Section 25, Township 39 South, Range 8 West of the Willamette Meridian, Josephine County, Oregon described as follows: All that portion of Government Lot 3 in said Section 25, lying South of Oregon Caves Highway and West of Smith Road.
>
> LESS AND EXCEPT: Beginning at a point where the Southerly line of the Caves Highway intersects with the East and West center of Section 25, Township 39 South, Range 8 West of the Willamette Meridian, Joephine County, Oregon, which point bears East 344.7 feet from the West Quarter Corner of said Section 25; thence East along the centerline of Section 25, a distance of 1184 feet; thence North 0° 13' East 351.7 feet to the Southerly line of the Caves Highway; thence Southwesterly, along the Southerly line of the Caves Highway, 1235 feet, more or less, to the point of beginning

(hereinafter, DEFENDANT REAL PROPERTY).

DEFENDANT REAL PROPERTY is now and during the pendency of this action will be within the jurisdiction of this Court. DEFENDANT REAL PROPERTY is located in the State of Oregon, Josephine County.

III.

DEFENDANT REAL PROPERTY, as described above, represents proceeds traceable to an exchange for controlled substances or was used or intended to be used to facilitate such a transaction in violation of 21 U.S.C. § 841, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7) as more particularly set forth in the Declaration of Litigation Financial Analyst Colleen Anderson, from the U.S. Attorney's Office, marked as Exhibit A, attached and fully incorporated herein by this reference.

**Complaint in rem for Forfeiture**                                      **Page 2**

WHEREFORE, Plaintiff, United States of America, prays that due process issue to enforce the forfeiture of DEFENDANT REAL PROPERTY, *in rem*; that due notice be given to all interested persons to appear and show cause why forfeiture of this Defendant, *in rem*, should not be decreed; that due proceedings be had thereon; that these defendants be forfeited to the United States; that the Plaintiff United States of America be awarded its costs and disbursements incurred in this action.

DATED: May 20, 2026.          Respectfully submitted,


SCOTT E. BRADFORD
United States Attorney


*/s/ Julia E. Jarrett*
JULIA E. JARRETT
Assistant United States Attorney

**Complaint in rem for Forfeiture**                                                    **Page 3**

**VERIFICATION**

I, Colleen Anderson declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

*/s/ Colleen Anderson*
**COLLEEN ANDERSON**
Litigation Financial Analyst, Contractor
U.S. Attorney's Office, District of Oregon