## DECLARATION of COLLEEN ANDERSON

I, COLLEEN ANDERSON, do hereby declare:

### BACKGROUND/EXPERIENCE

1.      I am a Litigation Financial Analyst working as a contractor for the United States Attorney's Office for the District of Oregon and have been so employed for two years. Prior to my current position, I was a Special Agent of the Internal Revenue Service-Criminal Investigations (IRS-CI) assigned to the Medford, Oregon Post of Duty for twenty-eight years. As a Special Agent, I investigated possible violations of the Internal Revenue Code (Title 26, United States Code), the Money Laundering Control Act (Title 18, United States Code), the Bank Secrecy Act (Title 31, United States Code), and other criminal violations.

### PURPOSE OF DECLARATION

2.      This declaration is submitted in support of a Complaint *in rem* for Forfeiture of the following property, hereafter referred to as the "**Defendant Real Property**":

Property ID R330595: 102 Smith Sawyer Road, Cave Junction, Oregon

All that portion of Section 25, Township 39 South, Range 8 West of the Willamette Meridian, Josephine County, Oregon, described as follows: All that portion of Government Lot 3 in said Section 25, lying South of Oregon Caves Highway and West of Smith Road.

LESS AND EXCEPT: Beginning at a point where the Southerly line of the Caves Highway intersects with the East and West center of Section 25, Township 39 South, Range 8 West of the Willamette Meridian, Josephine County, Oregon, which point bears East 344.7 feet from the West Quarter Corner of said Section 25; thence East, along the centerline of Section 25, a distance of 1184 feet; thence North 0 degrees 13' East 351.7 feet to the Southerly line of the Caves Highway; thence Southwesterly, along the Southerly line of the Caves Highway, 1235 feet, more or less, to the point of beginning.

3.      Title for the **Defendant Real Property** is held in the name Jose Orozco.

4.      Based on evidence obtained in this investigation, including witness statements, property records, financial records, text records, and drug evidence seized during the execution

**Declaration of Colleen Anderson**

of several search warrants on properties related to Jose Orozco, there is probable cause to believe, and I do believe the **Defendant Real Property** was used and intended to be used to facilitate the illegal production and distribution of marijuana, in violation of 21 U.S.C § 841, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7).

5.    The facts set forth in this affidavit are based on the following: my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of records related to this investigation including interviews of witnesses; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause for the Complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

### SUMMARY OF THE INVESTIGATION

6.    This declaration will show that Jose Orozco (Orozco) purchased several properties in Southern Oregon, including the **Defendant Real Property**, to intentionally engage in the illegal manufacturing of marijuana with intent to distribute. After the purchases, Orozco made various improvements to the properties such as building numerous greenhouses and outbuildings to turn these properties into functional illegal marijuana grow sites.

JMET Investigation

7.    In June 2021, the Josephine Marijuana Enforcement Team (JMET) began an investigation into the unlawful manufacturing of marijuana on properties owned or controlled by Orozco. The investigation was initiated after JMET received complaints regarding numerous

**Declaration of Colleen Anderson**                    EXHIBIT A    PAGE 2
                                                                    Complaint *In Rem*
                                                                    FOR FORFEITURE

greenhouses constructed at residences on Thompson Creek Road in Selma and Panther Gulch

Road in Williams, both purchased by Limited Liability Companies owned by Orozco.

8.    During the investigation, JMET determined that the Thompson Creek property

had over 100 greenhouses constructed on the property and that the Panther Gulch property had

approximately 82 greenhouses constructed on the property. The Oregon Medical Marijuana

Program (O.M.M.P.), the Oregon Liquor Control Commission (O.L.C.C.) and the Oregon

Department of Agriculture (O.D.A.) reported to JMET that neither Orozco nor the two properties

were currently licensed or permitted to grow marijuana or hemp.

9.    On June 24, 2021, a search warrant was executed on the Thompson Creek

property for the unlawful manufacturing, possession, and delivery of marijuana. During the

warrant, officers pulled and destroyed 86,528 illegal marijuana plants from 104 greenhouses, as

shown below. Lab tests and analysis showed that the THC content in plant samples obtained at

the property far exceeded hemp levels.[1]

 

10.    On July 1, 2021, a state search warrant was executed on the Panther Gulch

property for the unlawful manufacturing, possession, and delivery of marijuana. During

---

[1] Hemp means all non-seed parts and varieties of the Cannabis plant, whether growing or not, that contain an average tetrahydrocannabinol concentration that does not exceed 0.3 percent on a dry weight basis. (OAR 603-048-0010)

**Declaration of Colleen Anderson**                    EXHIBIT A    PAGE 3
                                                       Complaint *In Rem*
                                                       FOR FORFEITURE

execution of the warrant, officers pulled and destroyed another 71,996 marijuana plants, as shown below. Lab tests and analysis showed that the THC content in plant samples obtained at the property also tested above hemp levels.

 

Text Messages

11.    In August 2021, a state search warrant was also executed at Orozco's residence, on A Street in Grants Pass, Oregon. During the warrant, officers seized one of Orozco's cell phones and later conducted a forensic search of the phone for pertinent communications regarding his illegal marijuana activities. An extensive review of Orozco's phone showed numerous text messages between Orozco and his real estate agent Tyra Foxx (Foxx) with RE/MAX Integrity between May 2017 and October 2021 pertaining to the creation of multiple LLCs for the purchase of numerous properties suitable for growing marijuana, in order to hide Orozco' ownership.

Josephine County Community Development Code Enforcement Division

12.    On September 17, 2021, the Josephine County Community Development Code Enforcement Division (Code Enforcement) sent a letter to Orozco at the **Defendant Real Property,** 102 Smith Sawyer Road in Cave Junction, Oregon, which was later signed by Jose Orozco on September 18, 2021. The letter stated that Code Enforcement had completed their site

**Declaration of Colleen Anderson**                                    EXHIBIT A    PAGE 4
                                                                                                  Complaint *In Rem*
                                                                                                  FOR FORFEITURE

inspection on the **Defendant Real Property** and found serious violations of not only County Code but State and Federal Law, including violations pertaining to greenhouses, the construction of a shop building, and illegal marijuana. In addition, the letter stated the following:

- The three State Agencies regulating Cannabis have reported to our Department the grow sites are illegal under State Law and we are considering them "Black Market" and have turned them over to our Drug Enforcement Team.

- It is important to understand there is a possibility of Asset Forfeiture through Law Enforcement Action of your property.

- We have given notice through violation letters, verbal contact onsite and through e-mail. To date we see no action on your part to abate these violations and comply with State and Federal Law.

Google Earth Maps

13.    A Google Earth map dated October 30, 2020, confirms that there were greenhouses, a large shop, and what appears to be an illegal marijuana grow on the **Defendant Real Property**, as shown below:



14.    By June 30, 2021, Google Earth shows that additional greenhouses were added onto the **Defendant Real Property** where the outdoor plants had been seen previously on the

**Declaration of Colleen Anderson**                    EXHIBIT A    PAGE 5
                                                       Complaint *In Rem*
                                                       FOR FORFEITURE

2020 map, as shown below. Google Earth also shows these greenhouses were finally removed from the **Defendant Real Property** by August 29, 2023.



Orozco Statements

15.    On April 21, 2026, Orozco signed an Admissions on Forfeiture document stating and agreeing that he admits that the real property located at 102 Smith Sawyer Road in Cave Junction, Oregon, the **Defendant Real Property**, was used to facilitate illegal activity including drug trafficking in violation of 21 U.S. C. §841. Orozco further admitted that at the time of the illegal activity and now, he was the sole owner of the **Defendant Real Property**.

**CONCLUSION**

16.    In summary, the evidence presented in this declaration shows that Jose Orozco purchased multiple properties, including the **Defendant Real Property,** to facilitate the illegal production and distribution of marijuana.

17.    Based on the foregoing, I have probable cause to believe, and I do believe, that the Subject Properties were used to facilitate the illegal manufacture and distribution of

**Declaration of Colleen Anderson**                                       EXHIBIT A    PAGE 6
                                                                                  Complaint *In Rem*
                                                                                  FOR FORFEITURE

marijuana, in violation of Title 21, United States Code, Section 841, and is therefore subject to forfeiture pursuant to Title 21, United States code, Section 881(a)(7).

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed this 20th day of May 2026.

*/s/ Colleen Anderson*
COLLEEN ANDERSON
Litigation Financial Analyst

**Declaration of Colleen Anderson**

EXHIBIT A    PAGE 7
Complaint *In Rem*
FOR FORFEITURE